IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ALBA QUINTANA, INDIVIDUALLY § <br> AND ON BEHALF OF THE ESTATE § <br> OF TOMMY LOPEZ BERNAL JR., § <br> DECEASED AND AL. B. AND AA. B., § <br> MINOR CHILDREN, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> XZAVIER MARTINEZ, § <br>     Defendant. § | | NO. 7:24-cv-00058-DC-RCG |

## JOINT MOTION TO APPOINT GUARDIAN AD LITEM
## AND SET PROVE-UP HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant Xzavier Martinez and Plaintiffs Alba Quintana, individually and on behalf of the Estate of Tommy Lopez Bernal Jr., deceased and AL. B. and AA. B., minor children, and file this, their Joint Motion to Appoint Guardian ad Litem and Set Prove-Up Hearing.

The parties have reached a proposed agreement to settle all claims, causes of action, and requests for relief brought by Plaintiffs. The proposed settlement includes compensation to be paid to the minor plaintiffs. Therefore, the parties understand that the Court must approve the proposed settlement to assure its fairness. Accordingly, the parties respectfully request that the Court appoint a guardian ad litem to advise the Court as to the fairness of the proposed settlement to the minors who would be paid compensation pursuant to it.

The parties further respectfully request that the Court set a final prove-up hearing on April 11, 2025, to approve the settlement.

WHEREFORE, PREMISES CONSIDERED, the parties request this Honorable Court enter an Order appointing a guardian ad litem to represent the interests of the minor plaintiffs and setting a final prove-up hearing.

                                      Respectfully submitted,

By:    */s/ Aaron M. Dorfner*
       **Aaron M. Dorfner**
       State Bar No. 24040824
       adorfner@cbtd.com
       **Hannah N. Davis**
       State Bar No. 24138781
       hdavis@cbtd.com

       OF

       COTTON, BLEDSOE, TIGHE & DAWSON
       A Professional Corporation
       P. O. Box 2776
       Midland, Texas 79702
       (432) 684-5782
       (432) 682-3672 (Fax)

       **ATTORNEYS FOR DEFENDANT**

By:    */s/ James J. Leech*
       **James J. Leech**
       State Bar No. 24070131
       jleech@oinjurylaw.com

       OF

       CESAR ORNELAS LAW, PLLC
       14607 San Pedro Ave., Suite 200
       San Antonio, Texas 78232
       (210) 957-2102
       (888) 342-8033

       **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of February, 2025, a true and correct copy of the foregoing document was forwarded as indicated below to the following counsel of record:

James Leech
Cesar Ornelas Law, PLLC
14607 San Pedro Ave., Suite 200
San Antonio, Texas 78232
jleech@oinjurylaw.com
*Counsel for Plaintiffs*

                                       /s/ *Aaron M. Dorfner*
                                       Aaron Dorfner