IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ALBA QUINTANA, individually and on behalf of the Estate of Tommy Bernal Jr., deceased and AL. B. and AA. B., minor children,** § § § § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | MO:24-CV-00058-RCG | |
| § | | |
| **THE CITY OF MIDLAND, TEXAS and XZAVIER MARTINEZ,** § § | | |
| *Defendants*. § | | |

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO APPOINT GUARDIAN AD LITEM AND SET PROVE-UP HEARING

BEFORE THE COURT is the parties' Joint Motion to Appoint Guardian ad Litem and Set Prove-Up Hearing. (Doc. 27). This case is before the undersigned through the consent of all parties pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. After due consideration, the Court **GRANTS** in part and **DENIES** in part the parties' Joint Motion to Appoint Guardian ad Litem and Set Prove-Up Hearing. *Id*.

It is **ORDERED** that a hearing to approve of Minor Plaintiffs AL. B. and AA. B.'s settlement agreement with Defendant Martinez will be held on **April 14, 2025, at 3:00 p.m.** in the First Floor Courtroom of the United States Courthouse, 200 E. Wall Street, Midland, Texas 79701.

It is further **ORDERED** that the following attorney is appointed as Guardian ad Litem in this case:

Denis Dennis
Kelly, Morgan, Dennis, Corzine & Hansen
4840 E. University, Suite 200
Odessa, Texas 79762
(432) 367-7271

Email: ddennis@kmdfirm.com

Said Guardian ad Litem will be paid a reasonable fee, and such fee will be taxed as costs in this cause. While Mr. Dennis need not prepare a report prior to the hearing, he should be prepared to discuss whether the settlement is in the best interest of Minor Plaintiffs AL. B. and AA. B. at the hearing.

Accordingly, the parties' Motion is **GRANTED** in part as to their request that the Court appoint a Guardian ad Litem and set a prove-up hearing and **DENIED** in part, only insofar as the prove-up hearing will be held on **April 14, 2025, at 3:00 p.m.** in the First Floor Courtroom of the United States Courthouse, 200 E. Wall Street, Midland, Texas 79701.

It is so **ORDERED**.

SIGNED this 6th day of March, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE