IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ALBA QUINTANA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY LOPEZ BERNAL JR., DECEASED AND AL. B. AND AA. B., MINOR CHILDREN,<br>Plaintiffs,<br><br>v.<br><br>XZAVIER MARTINEZ,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 7:24-cv-00058-DC-RCG |

**FILED**
APR 3 0 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant Xzavier Martinez and Plaintiffs Alba Quintana, individually and on behalf of the Estate of Tommy Lopez Bernal Jr., deceased and AL. B. and AA. B., minor children, and file this, their Stipulation of Dismissal with Prejudice. The parties respectfully request that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Honorable Court enter an Order dismissing this action with prejudice. The parties would show the Court that they have agreed this action shall no longer continue and request this dismissal.

WHEREFORE, PREMISES CONSIDERED, the parties request this Honorable Court enter an Order of Dismissal, dismissing the case with prejudice.

Respectfully submitted,

By: */s/ Aaron M. Dorfner*
    **Aaron M. Dorfner**
    State Bar No. 24040824
    adorfner@cbtd.com
    **Hannah N. Davis**
    State Bar No. 24138781
    hdavis@cbtd.com

OF

COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (Fax)

**ATTORNEYS FOR DEFENDANT**

By: _____
    **James Leech**
    State Bar No. 24070131
    jleech@oinjurylaw.com

OF

CESAR ORNELAS LAW, PLLC
14607 San Pedro Ave., Suite 200
San Antonio, Texas 78232
(210) 957-2102
(888) 342-8033

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on the ____ day of April, 2025, a true and correct copy of the foregoing document was forwarded as indicated below to the following counsel of record:

James Leech
Cesar Ornelas Law, PLLC
14607 San Pedro Ave., Suite 200
San Antonio, Texas 78232
jleech@oinjurylaw.com
*Counsel for Plaintiffs*

                */s/ Aaron M. Dorfner*
                Aaron Dorfner