IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
APR 3 0 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| ALBA QUINTANA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY LOPEZ BERNAL JR., DECEASED AND AL. B. AND AA. B., MINOR CHILDREN,<br>    Plaintiffs,<br><br>v.<br><br>XZAVIER MARTINEZ,<br>    Defendant. | NO. 7:24-cv-00058-DC-RCG |

## ORDER APPROVING SETTLEMENT

On April 14, 2025, the Court conducted a prove-up hearing of a settlement in this matter. After due consideration of the evidence at the hearing, the Court **APPROVES** the settlement.

At the hearing, the parties explained the terms of the proposed Settlement Agreement in which the parties agreed to a full settlement of Thirty-Five Thousand Dollars ($35,000.00) to be paid by Defendant Xzavier Martinez and apportioned as follows:

1. Alba Quintana: $7,340.80;

2. AL. B.: $7,340.81;

3. AA. B.: $7,340.81; and

4. Attorney's fees and expenses to Cesar Ornelas Law: $12,977.58.

The Court heard Plaintiff Alba Quintana's testimony, the minor plaintiffs' representative, Denis Dennis, who testified he believes the settlement is fair, reasonable, and in the best interest of the minor children. Additionally, the Court accepted Mr. Dennis' Guardian Ad Litem Report. The Report and Mr. Dennis' representations at the hearing indicate he reviewed the case and the

1

Settlement Agreement, and believes the settlement to be fair, reasonable, and in the best interest of the minor children.

Further, the Court approved the court-appointed ad litem fee in the amount of ONE THOUSAND TWO HUNDRED FIFTY AND NO/100 DOLLARS ($1,250.00), for services in representing the minor Plaintiffs and their interests. Defendant will pay this fee.

After a review of the Settlement Agreement and consideration of the evidence at the hearing, the Court finds the interest of the minor plaintiffs have been properly protected and the proposed Settlement Agreement is fair, reasonable, and in the best interest of the minor plaintiffs.

After due consideration, the Court **ORDERS** that the settlement of the minor plaintiffs' claims be **APPROVED**.

It is so **ORDERED**.

SIGNED this 30th day of April, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

MIDLAND\004785\000374\3796496.1

Proposed Order respectfully submitted,

By: _____
Aaron M. Dorfner
State Bar No. 24040824
adorfner@cbtd.com
**Hannah N. Davis**
State Bar No. 24138781
hdavis@cbtd.com

OF

COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (Fax)

**ATTORNEYS FOR DEFENDANT**

By: _____
James Leech
State Bar No. 24070131
jleech@oinjurylaw.com

OF

CESAR ORNELAS LAW, PLLC
14607 San Pedro Ave., Suite 200
San Antonio, Texas 78232
(210) 957-2102
(888) 342-8033

**ATTORNEY FOR PLAINTIFF**

3