IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
APR 3 0 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| ALBA QUINTANA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY LOPEZ BERNAL JR., DECEASED AND AL. B. AND AA. B., MINOR CHILDREN,<br>Plaintiffs,<br><br>v.<br><br>XZAVIER MARTINEZ,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 7:24-cv-00058-DC-RCG |

## ORDER DISMISSING CASE WITH PREJUDICE

In accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, this cause is **DISMISSED WITH PREJUDICE.** (Doc. 30); *see* FED. R. CIV. P. 41(a)(1)(A)(ii).

Accordingly, any pending motions are **HEREBY DENIED AS MOOT.** It is further ordered that attorney fees, expenses, and court costs shall be borne by the party incurring same, except as otherwise agreed by the Parties. The Clerk's Office is directed to **CLOSE** the case.

It is so **ORDERED.**

SIGNED this 30th day of April, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

1

**ORDER APPROVED AS TO FORM AND SUBSTANCE**

By: _____
**Aaron M. Dorfner**
State Bar No. 24040824
adorfner@cbtd.com
**Hannah N. Davis**
State Bar No. 24138781
hdavis@cbtd.com

OF

COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (Fax)

**ATTORNEYS FOR DEFENDANT**